JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. COLDREN, | Case No. 8:25-cv-00871-JWH-DFM |
| Plaintiff, | Assigned to: Hon. John W. Holcomb |
| v. | **JUDGMENT** |
| TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC. and DWWTO, INC. dba TOYOTA OF ORANGE, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff Robert S. Coldren ("Plaintiff") accepted Defendants Toyota Motor Sales, U.S.A., Inc.'s and Toyota Motor North America, Inc.'s Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

1. Accordingly, the Court enters **JUDGMENT** in favor of Plaintiff in the amount of $44,882.71 pursuant to the terms of the Rule 68 Offer.

2. Plaintiff shall reserve the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs recoverable pursuant to Cal. Civ. Proc. Code § 1794(d). Any such motion shall be filed no later than 14 days after entry of judgment. In ruling on Plaintiff's fee/cost motion(s), the attorneys' fees, expenses, and costs amount shall be calculated as if Plaintiff was found to have prevailed in this action under Cal. Civ. Proc. Code § 1794(d) as of the date of this offer of judgment. Defendants expressly reserve all defenses to Plaintiff's fee/costs motion(s) and any award thereon. Defendants will pay the amounts determined by the Court within 30 days after entry of the award unless either party has filed a notice of appeal.

**IT IS SO ORDERED.**

Date:   September 22, 2025

Hon. John W. Holcomb
United States District Judge

1